1   SANTO A. DILEO (LA. BAR NO. 04944)

2   LAW OFFICE OF SANTO A. DILEO

3   1104 MOISANT STREET

4   KENNER, LOUISIANA 70062

5   TELEPHONE: 504-616-4426

6   dileolaw@cox.net

7   ATTORNEY FOR PAMELA J. GIAMBELLUCA, individually

8   And Joseph Giambelluca, as her spouse

9

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 IN RE: BEXTRA AND CELEBREX 15 CV-01699-CRB | ) Master Docket No. M:05- |
| 16 MARKETING SALES PRACTICES AND | ) |
| 17 PRODUCT LIABILITY LITIGATION | ) MDL NO. 1699 |
| 18 | ) |
| 19 | ) |
| 20 PAMELA J. GIAMBELLUCA, INDIVIDUALLY, | ) |
| 21 AND JOSEPH GIAMBELLUCA, AS HER SPOUSE | ) *2477* |
| 22        PLAINTIFFS | ) CASE NO. 3:06-CV-~~02476~~ |
| 23 VS. | ) |
| 24 G.D. SEARLE&CO., PHARMACIA | ) NOTICE OF SUBSTITUTION OF |
| 25 COUNSEL AND | |
| 26 CORPORATION; MONSANTO COMPANY | ) ~~(PROPOSED)~~ ORDER |
| 27 a Delaware corporation; PFIZER, INC., a | ) |
| 28 Delaware corporation; PFIZER GLOBAL | ) |
| 29 RESEARCH AND DEVELOPMENT, | ) |
| 30        DEFENDANTS. | ) |
| 31 _____ | ) |

1

1
2

**NOW INTO COURT, comes Plaintiffs, Pamela J. Giambelluca, individually, and Joseph Giambelluca, as her spouse, through her undersigned counsel, and shows to the Court as follows:**

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

1. 1. The original complaint entitled "Pamela Giambelluca, individually and Joseph Giambelluca as her spouse, was filed on September 29, 2006.

2. 2. Plaintiffs, Pamela J. Giambelluca, individually and Joseph Giambelluca, as her spouse, have now retained undersigned counsel: **SANTO A. DILEO, SR. OF THE LAW OFFICE OF SANTO A. DILEO, 1104 MOISANT STREET, KENNER, LOUISIANA 7006 (504)616-4426,** and has discharged the firms of Leger, Shaw & Desue, Christine DeSue, James Dugan and the Murray Law Firm.

3. 3. Plaintiffs, Pamela J. Giambelluca, individually and Joseph Giambelluca, as her spouse, seek to allow the firms of Leger, Shaw & Desue, Christine DeSue, James Dugan and the Murray Law Firm to withdraw from representing her and substituting the Law Office of Santo A. Dileo, Santo A. Dileo, Sr. herein.

4. **WHEREFORE,** Plaintiffs, Pamela J. Giambelluca, individually, and Joseph Giambelluca, as her spouse, pray that this Court recognize substituted counsel, Santo A. Dileo, Sr. of the Law Office of Santo A. Dileo as their counsel of record; and allow the firms of Leger, Shaw & Desue, Christine DeSue, James Dugan and

1  the Murray Law Firm to withdraw from their representation herein effective on
2  receipt of this document.

3
4  Dated: September 10, 2010
5
6                          Respectfully submitted by:
7                          **LAW OFFICE OF SANTO A. DILEO**
8                          Santo  A. Dileo
9                          **SANTO A. DILEO  LA. BAR NO. 04944**
10                         **ATTORNEY FOR PAMELA J.**
11 **GIAMBELLUCA**

Order                                    Notice of Substitution of Counsel and Proposed

## ORDER

12

13 Having considered the above and foregoing **NOTICE OF SUBSTITUTION OF**
14 **COUNSEL:**

15 **IT IS HEREBY ORDERED THAT** the firms of Leger, Shaw & Desue, Christine

16 DeSue, James Dugan and the Murray Law Firm are hereby withdrawn from the

17 representation of Plaintiff, Pamela J. Giambelluca et als., only, in this cause, and hereby

18 is substituted as counsel of record, **SANTO A. DILEO, SR. OF THE LAW**

19 **OFFICE OF SANTO A. DILEO.**

1                                3
2

1

2

3 **IT IS SO ORDERED.**

4

5

6 DATE: _September 20, 2010_

7

8                                                                **HONORABLE CHARLES R.**
9 **BREYER**

10
11
12
13
14
15
16

NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER