1  Santo A. Dileo, Sr.
   **Law Office of Santo A. Dileo**
2  1104 Moisant Street
   Kenner, LA 70062
3  Telephone: (504) 616-4426
   Email: dileolaw@cox.net
4
   Attorneys for Plaintiffs
5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-2477 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Pamela Giambelluca, et al., <br><br>                              Plaintiffs,<br>vs.<br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

        Come now the Plaintiffs and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 11-12-2010    By: *Santo A. Dileo*

**LAW OFFICE OF SANTO A. DILEO**
1104 Moisant Street
Kenner, LA 70062
Telephone: (504) 616-4426

*Attorneys for Plaintiffs*

DATED: Dec. 2, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 10, 2010

Hon. Charles R. Breyer
United States District Court

-2-